1008

No. 98–6333.  KAHL v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 98–6335.  THOMPSON v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 98–6345.  PRESLEY v. PAGE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 98–6349.  WITHERS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–6361.  HURT v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 98–6362.  SHEPHERD v. ILLINOIS HUMAN RIGHTS COMMISSION.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–6368.  BRADVICA v. BLOCK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–6415.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–6423.  MACK v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 98–6433.  RUTHERFORD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–6434.  ROCKOT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–6436.  SEGERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–6438.  STINNETT v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 98–6441.  TREMBLAY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–6442.  YOUNG v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.